ORIGINAL

DOCUMENT
ELECTRONICALLY FILED
DOC #:____
DATE FILED  11/15/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
PAULA RUNSDORF,

                Plaintiff,                19 Civ. 8641 (LLS)

       - against -              ORDER

PIRTHI SINGH and MATHON CAB CORP.,

                Defendants.

- - - - - - - - - - - - - - - - - - -X

     The December 5, 2022 trial date is vacated. On or before Monday November 28th the parties shall inform the Court, by a signed joint agreement, of suitable days in January 2023 on which they are available for trial, for the Court's selection.

     So Ordered.

Dated:  New York, New York
        November 15, 2022

                        Louis L. Stanton
                        LOUIS L. STANTON
                          U.S.D.J.