ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
PAULA RUNSDORF,

        Plaintiff,        19 Civ. 8641 (LLS)

    - against -        ORDER

PIRTHI SINGH and MATHON CAB CORP.,

        Defendants.
- - - - - - - - - - - - - - - - - -X

    In accordance with the parties' availability, the jury trial is scheduled to commence on Tuesday, January 24, 2023, with selection of the jury at 11 A.M.

    The final pre-trial conference will be held on Friday, January 20th at 12:00 o'clock noon.

    So Ordered.

Dated:  New York, New York
        December 1, 2022

                              *Louis L. Stanton*
                              LOUIS L. STANTON
                                  U.S.D.J.