ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULA RUNSDORF,

                              Plaintiff,                    19 Civ. 8641 (LLS)

              - against -                                        ORDER

PIRTHI SINGH and MATHON CAB CORP.,

                              Defendants.

 

The Court having been informed that this action (scheduled for trial this week) is settled, the Clerk is directed to close it.

So Ordered.

Dated:   New York, New York
         January 23, 2023

                                   Louis L. Stanton
                                   LOUIS L. STANTON
                                   U.S.D.J.